You're saying it's not hearing any older than 76 or 70, but you're saying it's not hearing any older than 70? I don't know. I'm sorry, we're on your seat. Let's go to the search unit. Okay. We're on your seat. Um, this case, you know, is quite a classic concern, and it's also a case of a heart disease. It's one of the smallest cases we've ever tried. Okay. Okay, we're going to move into D. Okay. Yeah. D, um, the officer in the middle of the operation has been deceived by law enforcement, and prosecutors have been able to try to prosecute him. Um, and, um, it's the quality of the evidence and this, you know, criminal discrimination that, um, that, that he has is not an advisory. Um, uh, saying that that search unit is very conducive for changes to certain terms of the law. Okay. Um, but I can't really hear what you're about to say. I'm sorry. I'm sorry. But I don't see, um, how you're trying to get rid of him at this moment in time, sir. There, there, there's, um, a reason for it, I think, is shortly before the conclusion of our investigation. What was it again? It was the subpoena. The subpoena, I think it was also referred to as a condemnation. So I don't even know the terms of the year. I'm not very much in touch with it, it seems. Correct. The subpoena on the issue. Where we're going, is, is, um, is, is, is more, is, is less important than, regardless of whether there's a constitutional violation or a violent violation, whether that is a criminal offence, or anything of the sort that is, that is a conviction, civil liberties, the obligation to perform the duty of, um, a criminal offence, so um, I think, it would be helpful to get more without the communities then, um, the human in addition to the civil liberty. Then, the medical community should be the souls of the grave. That there's cooperation a staging of acts of empowerment. Instead oflaration of violence, that this cooperation and, more, this cooperation in regards to our walker, um, and our waste, basically, this cooperation that there's, as I've alluded to, there's, uh, that could be used for shouting, uh, self-cooperation. And so, one, the conspiracy was, that you have power in, uh, custody of the, the, the, the worship stands for, the son of a priest, the son of a priest, the son of a priest, the son of a priest, the son of a priest, and everything.     and it's your, again, this cooperation is not the answer. Because I think the philosophy here is strong. It's interesting that there's not constantly a traffic of green and recessions and traffic. We do have, we look at in the policy and the law with respect to the 100 acres and the 100 acres applies with respect to the 100 acres seems very explicitly and didn't seem to be based and it's indirectly believing in proposition that the murder is responsible for  crime of not paying the privilege of           privilege that he must be paying the privilege of being doing the crime of not paying it. He has to be   the privilege of not paying it. And he must  paying the privilege of not going to do it. He has to      paying it. And privilege of not going           going to do it. He has to be the privilege of not going to do it. He has to be the privilege  not going to do  be  privilege of not going to     be the    going to do it. not    it. He has to  the privilege of not to do it. He  be the privilege of He has to be  privilege of to be  privilege of not
judges: W. Fletcher, Christen, Friedland